1
2
3
4
5

6  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
7                AT SEATTLE

8  UNITED STATES OF AMERICA,

9                Plaintiff,          Case No. 15-115 BAT

10      v.                           **DETENTION ORDER**

11 MICHAEL SMITH JR,

12               Defendant.

13     The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14 there are no conditions which the defendant can meet which would reasonably assure the

15 defendant's appearance as required or the safety of any other person and the community.

16     **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17     Defendant has a history of failing to appear for court hearings and has had numerous

18 warrants for his arrest issued. There is also an active warrant for his arrest. The government

19 proferred that at arrest, defendant was in the company of a person that he was ordered to have no

20 contact. Defendant has no residence and is presently homeless.

21     It is therefore **ORDERED**:

22
23

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 24th day of March, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2