AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL SMITH JR.<br><br>*Defendant* | ) ) ) ) ) ) )  Case No. MJ15-115 |

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAR 27 2015   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL SMITH JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

FAILURE TO REGISTER OR UPDATE SEX OFFENDER REGISTRATION, In violation of Title 18, United States Code, Section 2250

Date: _____

*Issuing officer's signature*

City and state:   Seattle, Washington

BRIAN A. TSUCHIDA, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 3/23/2015
at *(city and state)* EVERETT, WA

Date: 3/23/2015

*Arresting officer's signature*

Brian Nelson DEO
*Printed name and title*